# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 11, 2025

---

## NO. 03-23-00496-CR

---

**The State of Texas, Appellant**

**v.**

**Aaron Andrew Uhl, Appellee**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order setting aside Uhl's indictment and remands this cause for further proceedings consistent with this Court's opinion. Uhl shall pay all costs relating to this appeal, both in this Court and in the court below.